FILED

'07 MAY 10 PM 4: 17

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE NITA L. STORMES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR0925-L |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER EXPANDING CONDITION |
| ) | TO ALLOW TRAVEL IN CALIFORNIA |
| JOSE MARTIN DEL REAL-LECUANDA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the condition that Mr. Del Real-Lecuanda travel be restricted to the Southern and Central Districts of California be expanded to include travel within the state of California.

**IT IS SO ORDERED.**

DATED: _5-10-07_

_____
HONORABLE NITA L. STORMES
United States Magistrate Judge

1

07CR0925-L