PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 JUL 27 PM 12: 33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

U. S. A. vs. DEL REAL-LACUANDA, JOSE MARTIN     Docket No. 07CR0925L-001
BKG# 0764-298

### Petition for Action on Conditions of Pretrial Release

Comes now Yolanda German Pretrial Services Officer presenting an official report upon the conduct of defendant DEL REAL-LACUANDA, JOSE MARTIN who was placed under pretrial release supervision by the Honorable Peter C. Lewis sitting in the court at San Diego, on the 2 day of April, 2007, under the following conditions:

Travel restriction to the Southern and Central Districts of California, pretrial supervision, and actively seek or maintain full-time employment and/or schooling. On May 8, 2007, the defendant appeared before U.S. Magistrate Stormes, and his travel was expanded to include the state of California.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Condition Violated:** Report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA.

1. On July 16, 2007, the defendant failed to report by phone as directed.
2. On July 23, 2007, the defendant failed to report by phone as directed.

**Ground for Violation:** On May 24, 2007, Mr. Del Real-Lecuanda signed his Pretrial Services Reporting Instructions which instruct him to report telephonically every Monday. On July 24, 2007, U.S. Pretrial Services Officer Dan Stark informed our office the defendant had failed to report via telephone on July 16, 2007, and July 23, 2007. Our office has contacted the defendant's family members and defense counsel; all of which do not know the whereabouts of the defendant.

PRAYING THAT THE COURT WILL ORDER A NO BAIL BENCH WARRANT TO BRING THE DEFENDANT BEFORE THE COURT TO SHOW CAUSE AS TO WHY HIS BOND SHOULD NOT BE REVOKED.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 7/25/07 day of July, 2007 and ordered filed and made a part of the records in the above case. | Executed on: 7/25/07 <br> Respectfully, |
| *signature* <br> U. S. District Judge M. James Lorenz | *signature* <br> Eleonor Ruiz, U.S. Pretrial Services Officer |
| | Place   San Diego, California <br> Date    July 25, 2007 |